# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TEVIN RANDLE                                                                                      PETITIONER
ADC #152424

v.                                            4:24-cv-00351-JJV

DEXTER PAYNE                                                                                    RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 10th day of June 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE